CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Danny Fuenmayor-Morales**<br>YOB: 1968; Citizen of Venezuela | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-00195MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 31, 2021, at or near Douglas, in the District of Arizona, **Danny Fuenmayor-Morales**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Miami, Florida on June 9, 1999, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Danny Fuenmayor-Morales** is a citizen of Venezuela. On June 9, 1999, **Danny Fuenmayor-Morales** was lawfully denied admission, excluded, deported and removed from the United States through Miami, Florida. On March 31, 2021, agents found **Danny Fuenmayor-Morales** in the United States at or near Douglas, Arizona, without the proper immigration documents. **Danny Fuenmayor-Morales** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/AJC<br>AUTHORIZED AUSA /s/Julie Sottosanti   JULIE SOTTOSANTI  Digitally signed by JULIE SOTTOSANTI Date: 2021.04.02 09:07:01 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 2, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Alejandro Morales-Somera**<br>YOB: 1987; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-00196MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 31, 2021, at or near Douglas, in the District of Arizona, **Alejandro Morales-Somera**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on November 19, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Alejandro Morales-Somera** is a citizen of Mexico. On November 19, 2020, **Alejandro Morales-Somera** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On March 31, 2021, agents found **Alejandro Morales-Somera** in the United States at or near Douglas, Arizona, without the proper immigration documents. **Alejandro Morales-Somera** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>JS2/AJC<br>AUTHORIZED AUSA /s/Julie Sottosanti    JULIE SOTTOSANTI   Digitally signed by JULIE SOTTOSANTI Date: 2021.04.02 09:10:09 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_<br>SIGNATURE OF MAGISTRATE JUDGE[1] *(signature)* | DATE<br>April 2, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Celestino Vegas-Martinez**<br>YOB: 1961; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-00197MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 1, 2021, at or near Sonoita, in the District of Arizona, **Celestino Vegas-Martinez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on September 22, 2003, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Celestino Vegas-Martinez** is a citizen of Mexico. On September 22, 2003, **Celestino Vegas-Martinez** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On April 1, 2021, agents found **Celestino Vegas-Martinez** in the United States at or near Sonoita, Arizona, without the proper immigration documents. **Celestino Vegas-Martinez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>JS2/AJC<br>AUTHORIZED AUSA /s/Julie Sottosanti<br><br>JULIE SOTTOSANTI  Digitally signed by JULIE SOTTOSANTI<br>Date: 2021.04.02 09:12:12 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 2, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Roberto Perez-Molina**<br>YOB: 1993; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-00198MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 1, 2021, at or near Douglas, in the District of Arizona, **Roberto Perez-Molina**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on February 3, 2021, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Roberto Perez-Molina** is a citizen of Mexico. On February 3, 2021, **Roberto Perez-Molina** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On April 1, 2021, agents found **Roberto Perez-Molina** in the United States at or near Douglas, Arizona, without the proper immigration documents. **Roberto Perez-Molina** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>JS2/AJC<br>AUTHORIZED AUSA /s/Julie Sottosanti<br><br>JULIE SOTTOSANTI  Digitally signed by JULIE SOTTOSANTI Date: 2021.04.02 09:14:05 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 2, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Luis Mancinas-Sarabia**<br>YOB: 1992; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-00199MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 1, 2021, at or near Cowlic, in the District of Arizona, **Luis Mancinas-Sarabia**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on June 28, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Luis Mancinas-Sarabia** is a citizen of Mexico. On June 28, 2019, **Luis Mancinas-Sarabia** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On April 1, 2021, agents found **Luis Mancinas-Sarabia** in the United States at or near Cowlic, Arizona, without the proper immigration documents. **Luis Mancinas-Sarabia** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is<br>JS2/AJC<br>AUTHORIZED AUSA /s/Julie Sottosanti<br>JULIE SOTTOSANTI  Digitally signed by JULIE SOTTOSANTI  Date: 2021.04.02 09:17:05 -07'00' | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 2, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Adrian Morales-Vera**<br>YOB: 1977; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-00200MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 1, 2021, at or near Lukeville, in the District of Arizona, **Adrian Morales-Vera**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on March 31, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Adrian Morales-Vera** is a citizen of Mexico. On March 31, 2020, **Adrian Morales-Vera** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On April 1, 2021, agents found **Adrian Morales-Vera** in the United States at or near Lukeville, Arizona, without the proper immigration documents. **Adrian Morales-Vera** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is<br>JS2/AJC<br>AUTHORIZED AUSA /s/Julie Sottosanti<br>JULIE SOTTOSANTI Digitally signed by JULIE SOTTOSANTI Date: 2021.04.02 09:21:48 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>April 2, 2021 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Antonio Medina-Rasola**<br>YOB: 1979; Citizen of Honduras | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-00201MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 1, 2021, at or near North Komelik, in the District of Arizona, **Antonio Medina-Rasola**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on July 19, 2018, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Antonio Medina-Rasola** is a citizen of Honduras. On July 19, 2018, **Antonio Medina-Rasola** was lawfully denied admission, excluded, deported and removed from the United States through Phoenix, Arizona. On April 1, 2021, agents found **Antonio Medina-Rasola** in the United States at or near North Komelik, Arizona, without the proper immigration documents. **Antonio Medina-Rasola** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>JS2/AJC<br>AUTHORIZED AUSA /s/Julie Sottosanti    JULIE SOTTOSANTI  Digitally signed by JULIE SOTTOSANTI Date: 2021.04.02 09:24:45 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x  | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 2, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Ascension Lopez-Contreras**<br>YOB: 1960; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-00202MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 1, 2021, at or near Naco, in the District of Arizona, **Jose Ascension Lopez-Contreras**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Hidalgo, Texas on June 30, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jose Ascension Lopez-Contreras** is a citizen of Mexico. On June 30, 2020, **Jose Ascension Lopez-Contreras** was lawfully denied admission, excluded, deported and removed from the United States through Hidalgo, Texas. On April 1, 2021, agents found **Jose Ascension Lopez-Contreras** in the United States at or near Naco, Arizona, without the proper immigration documents. **Jose Ascension Lopez-Contreras** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>JS2/AJC<br>AUTHORIZED AUSA /s/Julie Sottosanti<br><br>JULIE SOTTOSANTI  Digitally signed by JULIE SOTTOSANTI Date: 2021.04.02 09:27:04 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 2, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54